# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| CHRISTINE REULE, *et al.*, § § § | |
| Plaintiffs, § § | |
| v. § | Case No. 6:22-cv-367-JDK |
| § § | |
| AUSTIN REEVE JACKSON, *et al.*, § § § | |
| Defendants. § § | |

## FINAL JUDGMENT

The Court, having considered Plaintiffs' case and rendered its decision by opinion issued this same date, hereby enters **FINAL JUDGMENT**.

It is **ORDERED** that Plaintiffs' claims are **DISMISSED** without prejudice for lack of subject matter jurisdiction. All pending motions are **DENIED** as moot.

The Clerk of Court is instructed to close this case.

So **ORDERED** and **SIGNED** this **30th** day of **May, 2023.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE