# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 01, 2024

Mr. David O'Toole
U.S. District Court, Eastern District of Texas
211 W. Ferguson Street
Room 106
Tyler, TX 75702

    No. 23-40478    Reule v. Jackson
                          USDC No. 6:22-CV-367

Dear Mr. O'Toole,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                Sincerely,

                LYLE W. CAYCE, Clerk

                By: _____
                Angelique B. Tardie, Deputy Clerk
                504-310-7715

cc:
    Ms. Heather Lee Dyer
    Mr. David Ryan Herring Iglesias
    Ms. Mary Louise Serafine
    Mr. Cole P. Wilson
    Mr. Thomas Edward Wilson